Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANNY T. MORADO, | )<br>) |
| Plaintiff, | ) CASE NO.<br>) 2:23-cv-01488-EJY |
| v. | )<br>) **UNOPPOSED MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| MARTIN O'MALLEY, | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

    Plaintiff, Danny T. Morado, by his attorney, moves for a forty-seven (47) day extension of time to file Plaintiff's opening brief. Plaintiff's opening brief is currently due to be filed December 27, 2023.

    Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to properly and thoroughly prepare Plaintiff's brief. For instance, between December 18, and February 9, 2024, staff in Counsel's office have one hundred and forty-six (146) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to

properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to thoroughly and properly prepare the brief.

Wherefore, Plaintiff requests an extension from December 27, 2023, up to and including February 12, 2024, to file his brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly has no objection to this request.

Dated: December 22, 2023.

                            Respectfully submitted,

                            */s/Hal Taylor*
                            Hal Taylor, Esq.

**Plaintiff's Certificate of Service:**

I certify that I caused the Unopposed Motion for Extension of Time to be served today, December 22, 2023, by CMECF to Blaine T. Welsh, Esq., and Edmund (Jack) Darcher, Esq., who are filing users of the CM/ECF system.

                            */s/Hal Taylor*
                            Hal Taylor

IT IS SO ORDERED THIS 22nd day of December, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE